UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Petitioner*,<br><br>v.<br><br>MWW GROUP LLC d/b/a MIKEWORLDWIDE,<br><br>*Respondent*. | Civil Action No. 23-20757 (SRC) (JSA) |

**[PROPOSED]**
**ORDER ENLARGING TIME TO RESPOND TO PETITION**

WHEREAS, on September 28, 2023, the United States of America filed its (i) Petition for Summary Enforcement of Civil Investigative Demand, (ii) brief in support of its petition, and (iii) the Declaration of AUSA David V. Simunovich; and

WHEREAS, the United States served Respondent MWW Group LLC d/b/a Mikeworldwide ("MWW") with the foregoing papers in a manner consistent with the Federal Rules of Civil Procedure; and

WHEREAS, pursuant to an Order (ECF Doc. No. 2), MWW currently has until October 23, 2023 to respond to the Petition; and

WHEREAS, the United States, with MWW's consent, is requesting an enlargement of time to respond to the Petition;

[*remainder of page intentionally blank*]

3

IT IS HEREBY ORDERED THAT MWW shall have until November 6, 2023 to respond to the Petition.

s/ Jessica S. Allen
HON. JESSICA S. ALLEN

United States Magistrate Judge

October 24, 2023