VIKAS KHANNA[1]
Attorney for the United States
DAVID V. SIMUNOVICH
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2736
david.simunovich@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Petitioner*,<br><br>　　v.<br><br>MWW GROUP LLC d/b/a MIKEWORLDWIDE,<br><br>　　　　*Respondent*. | HON. STANLEY R. CHESLER<br><br>Civil Action No. 23-20757 (SRC) (JSA) |

## STIPULATION OF DISMISSAL

WHEREAS, on September 28, 2023, the United States of America commenced this proceeding via petition for summary enforcement of a civil investigative demand;

WHEREAS the United States served the petition on respondent MWW Group LLC; and

WHEREAS the Untied States and MWW Group LLC have reached an agreement that resolves the issues in dispute in this matter;

---

[1]　　Acting pursuant to authority conferred by 28 U.S.C. § 515.

THEREFORE, the United States hereby DISMISSES this proceeding. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this dismissal is without prejudice, and is effective without a court order.

Dated:      Newark, New Jersey
               October 30, 2023

                                                   Respectfully submitted,

                                                   VIKAS KHANNA[2]
                                                 Attorney for the United States

                         By:     */s/ David V. Simunovich*
                                DAVID V. SIMUNOVICH
                                Assistant United States Attorney

---

[2]    Acting pursuant to authority conferred by 28 U.S.C. § 515.

## CERTIFICATE OF SERVICE

I, Assistant U.S. Attorney David V. Simunovich, hereby certify that on October 30, 2023, I filed on ECF the foregoing stipulation of dismissal. In addition, I sent the stipulation of dismissal by email to Respondent's counsel Paul Piantino, Esq. (PPiantino@fmglaw.com) and Katherine Mastrobuoni, Esq. (Katherine.Mastrobuoni@fmglaw.com). I swear that the foregoing statements are true and correct to the best of my ability and knowledge. I am aware that I am subject to penalty for any willful misstatement herein.

Dated:     October 30, 2023
           Newark, New Jersey

                              */s/ David V. Simunovich*
                              DAVID V. SIMUNOVICH
                              Assistant U.S. Attorney