VIKAS KHANNA[1]
Attorney for the United States
DAVID V. SIMUNOVICH
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2736
david.simunovich@usdoj.gov

CL

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA, *Petitioner*, v. MWW GROUP LLC d/b/a MIKEWORLDWIDE, *Respondent*. | HON. STANLEY R. CHESLER<br><br>Civil Action No. 23-20757 (SRC) (JSA) |
|---|---|

### STIPULATION OF DISMISSAL

WHEREAS, on September 28, 2023, the United States of America commenced this proceeding via petition for summary enforcement of a civil investigative demand;

WHEREAS the United States served the petition on respondent MWW Group LLC; and

WHEREAS the Untied States and MWW Group LLC have reached an agreement that resolves the issues in dispute in this matter;

---

[1] Acting pursuant to authority conferred by 28 U.S.C. § 515.

THEREFORE, the United States hereby DISMISSES this proceeding. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this dismissal is without prejudice, and is effective without a court order.

Dated:       Newark, New Jersey
October 30, 2023

                                         Respectfully submitted,

                                         VIKAS KHANNA[2]
Attorney for the United States

By:    */s/ David V. Simunovich*
DAVID V. SIMUNOVICH
Assistant United States Attorney

SO ORDERED.
s/ Stanley R. Chesler
10-30-2023

---

[2] Acting pursuant to authority conferred by 28 U.S.C. § 515.

2